# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Kenneth Joseph Woodard, | ) | Case No. 08-81442-TLS |
| | ) | |
| Debtor | ) | Adv. Pro. No. 21-08023-TLS |
| | ) | |

| | | |
|---|---|---|
| Kenneth Joseph Woodard, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Navient Solutions, LLC and Navient Credit Finance Corporation, | ) ) ) | **CIRCUITWIDE CLASS ACTION** |
| Defendants. | ) ) ) | |

## MOTION TO REQUEST HEARING DATE

Plaintiff, Kenneth Joseph Woodard, hereby requests a date for hearing on the Motion for Class Certification. Once a hearing date is set, Plaintiff will calculate the resistance filing deadline and serve Notice on Defendants per Neb. R. Bankr. P. 9013-1 and Rec. Doc. 16, Order regarding Motion for Class Certification.

Dated: August 4, 2022.                    Respectfully submitted,

*/s/ Jason W. Burge*
Jason W. Burge

SBN (LA) 30420
Lara Richards
SBN (LA) 34054
Kaja S. Elmer
SBN (LA) 35568
FISHMAN HAYGOOD LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jburge@fishmanhaygood.com
lrichards@fishmanhaygood.com
kelmer@fishmanhaygood.com

Lynn E. Swanson (to be admitted *pro hac vice*)
Lindsay E. Reeves (to be admitted *pro hac vice*)
JONES SWANSON HUDDELL & DASCHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500; (504) 523-2508
lswanson@jonesswanson.com
lreeves@jonesswanson.com

Adam R. Shaw
George F. Carpinello (to be admitted *pro hac vice*)
BOIES SCHILLER & FLEXNER, LLP
30 S. Pearl St., 11th Floor
Albany, New York 12207
(518) 434-0600
ashaw@bsfllp.com
gcarpinello@bsfllp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of August, 2022, a true and correct copy of the foregoing was served via that Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned proceeding.

/s/ Jason W. Burge

2